UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEONARD BRADFORD, # 131806,  )<br>a/k/a LEONARD BRADFORD-BEY,  )<br>      Plaintiff,  )<br>  )<br>-v-  )<br>  )<br>DANIEL HEYNES, et al.,  )<br>      Defendants.  )<br>_____)  | No. 1:14-cv-679<br><br>HONORABLE PAUL L. MALONEY |

# JUDGMENT

The Court has dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:   March 19, 2015                                                         /s/ Paul L. Maloney
                                                                                       Paul L. Maloney
                                                                                       Chief United States District Judge